

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00264-CV

**IN THE INTEREST OF N.M.H.**, J.K.H., and J.J.W., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02357
John D. Gabriel Jr., Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED August 22, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Michael E. Mery is the presiding judge of the 37th Judicial District Court, Bexar County Texas. The Honorable John D. Gabriel Jr., retired, was sitting by assignment and signed the termination order at issue in this appeal.